Leo S. Karlin, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed November 10, 1950; rehearing denied January 2, 1951; released for publication January 17, 1951.

## Lou Emma Moore, Appellee, v. Frank Lowery, Individually and Trading as The Cafe De Society et al., Defendants. Morris Realty Company, Appellant.

### Gen. No. 45,065.

Lord, Bissell & Kadyk, for appellant; Leonard F. Martin and Stephen A. Milwid, of counsel; Royal E. Spurlark, Jr., Andrew D. Washington and John W. Washington, for appellee; Royal E. Spurlark, Jr., of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed November 10, 1950; rehearing denied January 12, 1951; released for publication January 17, 1951.

## Kena Kohler, Appellant, v. Marcus A. Colberg and Birt Calkins, Defendants. Birt Calkins, Appellee.

### Gen. No. 45,196.

Charles
T. Shanner, for appellant; Kamin & Gleason, for appellee. Opinion by
Presiding Justice Schwartz. Not to be published in full. Opinion
filed December 12, 1950; released for publication January 17, 1951.

## Louise Mueller, Appellee, v. Walter F. Weiland and Edwin W. H. Otto, Appellants.

**Gen. No. 45,114.**

Elmer N. Holmgren and Julian C. Ryer, for appel-
lants; Alan J. Altheimer, Isaac B. Lipson and Irving Goodman, of
counsel; Alfred F. Beck and Paul F. Koenig, for appellee. Opinion by
Justice Friend. Not to be published in full. Opinion filed December
12, 1950; rehearing denied January 12, 1951; released for publication
January 17, 1951.